**TEAL & MONTGOMERY**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON  (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| MARIA MILLER,<br><br>                    Plaintiff,<br><br>       vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.,<br><br>                    Defendants. | Case No.   C 04 5511 SBA<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF**<br><br>DATE:<br>TIME:<br>COURTROOM: |

The parties, by and through their respective counsel of record, hereby stipulate to extend the discovery cut-off for the following reasons:

1. This case concerns a dispute over the payment of long term disability benefits. The parties have postponed discovery efforts in order to hold down costs while attempting an early settlement of this case. Mediation was conducted on October 21, 2005, before James Mart at JAMS. Significant progress toward a resolution was made, but no settlement was achieved.

2. The parties agreed to continue negotiations in an effort to reach settlement. Unfortunately, counsel for Defendant has been delayed in focusing further efforts on this case because of a trial that commenced shortly after the mediation in this case.

3. There is an ongoing discovery dispute over the parties responses to written discovery. Plaintiff is preparing a motion to compel, which will be filed shortly. Further, plaintiff has notified defendant of her intention to depose seven individuals involved in the handling of her insurance claim, and has

1  requested dates for their availability.  Defendant has requested a deposition of plaintiff.

2      4.    In light of these facts, the parties will not be able to complete discovery, or have any
3  discovery disputes heard and resolved, by the current discovery cut-off of December 31, 2005.
4  Accordingly, the parties stipulate to, and request the court issue and order, continuing the discovery cut-off
5  to February 28, 2006.

7  **[PROPOSED] ORDER**

8  IT IS HEREBY ORDERED that, upon the above stipulation of the parties, and for good cause
9  shown, the discovery cut-off date is continued from December 31, 2005, to February 28, 2006.  The
10 cut-off for expert discovery shall remain unchanged.

12 DATE:12/5/05                                     /s/ Saundra B. Armstrong
                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge