[1]**TEAL & MONTGOMERY**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON   (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| MARIA MILLER,<br><br>                Plaintiff,<br><br>       vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, et al.,<br><br>                Defendants. | Case No.   C 04 5511 SBA<br><br>STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

Plaintiff Maria Miller, ("PLAINTIFF") and Defendant Life Insurance Company of North America, ("LINA") have reached a resolution of this matter.  The parties agree to dismiss this action in its entirely with prejudice, pursuant to Fed.R.Civ.P. 41.(a).  Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra.*

DATED:  April,     , 2006              Teal & Montgomery

                                       By: _____
                                       Michael S. Henderson
                                       Attorneys for Plaintiff

---

Stipulation and [order] of dismissal

Hinshaw & Culbertson LLP

DATED:  April       , 2006

Bradley Zamczyk,
Attorney for Defendants Life Insurance
Of North America

**IT IS SO ORDERED:**

**DATED:4/10/06**

_Saundra B Armstrong_
Honorable Saundra B. Armstrong
U.S. Court Northern District of California